UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHRISTOPHER KILBURN and CAROLE KILBURNE,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST AMERICAN PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:17-cv-01803-APG-VCF<br><br>**ORDER REMANDING CASE** |

Defendant First American Property and Casualty Insurance Company stipulates to remand this case to the state court. ECF No. 7.

IT IS THEREFORE ORDERED the case is remanded to the state court from which it was removed for all further proceedings. The Clerk of the Court is instructed to close this case.

Dated: July 14, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE